[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No.  13-14101
Non-Argument Calendar

_____

D.C. Docket No. 3:13-cr-00002-TCB-RGV-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RONALD JABRIEL ROBINSON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(August 20, 2014)

Before HULL, MARCUS and ANDERSON, Circuit Judges.

PER CURIAM:

Michael H. Saul, appointed counsel for Ronald Jabriel Robinson in this

direct criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Robinson's convictions and total sentence are **AFFIRMED**.